IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV165

| | | |
|---|---|---|
| DIRECTV, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **J U D G M E N T** |
| | ) | |
| WAYNE DRAKE, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's motion for default judgment is **ALLOWED**, and the Defendant is hereby adjudged in Default.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Plaintiff have and recover of the Defendant statutory damages in the amount of **ONE THOUSAND DOLLARS ($1,000.00)**; that the Plaintiff have and recover of the Defendant attorneys' fees in the amount of **FOUR HUNDRED FORTY-FOUR DOLLARS AND FIFTY CENTS ($444.50)** and costs in the amount of **TWO HUNDRED FORTY DOLLARS ($240.00)**, together with interest thereon at the rate of 3.32 percent per annum until paid in full.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Defendant Wayne Drake is hereby enjoined from conduct described in the complaint that would be a violation of the Cable Communications Policy Act of 1984, 47 U.S.C. §§ 521, *et seq.*, and the Electronic Communications Policy Act of 1986, 18 U.S.C. §§ 2510, *et seq.*

**Signed: June 8, 2005**

Lacy H. Thornburg
United States District Judge